■ In the Matter of the Claim of WILLIAM EULNER, Respondent, v LEISURE TIME DEVELOPERS, LTD., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—Appeal from a decision of the Workmen's Compensation Board, filed December 11, 1975. The board's finding "that the claimant's heart pathology is causally related to the severe accidental injury sustained by him on March 15, 1973" is supported in the record by substantial evidence. Decision affirmed, with costs to the Workmen's Compensation Board. Greenblott, J. P., Kane, Main, Mikoll and Herlihy, JJ., concur.